(128 App. Div. 931.)

## WILLIAMS v. WESTMINSTER KENNEL CLUB.

(Supreme Court, Appellate Division, Third Department. November 25, 1908.)

VENUE (§ 52*)—CHANGE—CONVENIENCE OF WITNESSES.
> The venue of a case will be changed from one county to another, where it appears that the convenience of witnesses and the ends of justice will be subserved thereby.
>
> [Ed. Note.—For other cases, see Venue, Cent. Dig. §§ 76, 77; Dec. Dig. § 52.*]

·Appeal from Special Term.

Action by Euphemia M. Williams against the Westminster Kennel Club. From an order denying a change of venue, defendant appeals. Reversed, and motion granted.

Argued before SMITH, P. J., and CHESTER, KELLOGG, COCHRANE, and SEWELL, JJ.

John A. Delehanty, for appellant.
John C. Dardess, for respondent.

PER CURIAM. The court is satisfied that the convenience of witnesses and the ends of justice will be subserved by removing this case from Columbia county to Nassau county.

The order should therefore be reversed, with $10 costs and disbursements, and motion granted, changing the place of trial from Columbia county to Nassau County, unless the plaintiff stipulates in writing that the trial may be in New York county, in which case the place of trial is changed to New York county; $10 costs of motion to abide the event.